## STATE OF CONNECTICUT *v.* MICHAEL FAUCI

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 150 (AC 24446), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (1) the state engaged in prosecutorial misconduct; and (2) the defendant was not deprived of a fair trial as a result?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17402.

*Robert S. Bello*, in support of the petition.

Decided March 31, 2005